UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LESTER A. KOELLING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:05-CV-2217 CAS |
| | ) |
| MICHAEL F. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the order of this date and incorporated herein, and the Report and Recommendation of United States Magistrate Judge dated January 23, 2007,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the decision of the Commissioner is **AFFIRMED**.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that plaintiff's claims for relief are **DISMISSED** with prejudice.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  14th  day of February, 2007.